IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDA SIMPSON,

        Plaintiff,

v.

HOUSING AUTHORITY OF THE COUNTY
OF LAKE,

        Defendant.

Civil No. 05-638-ST

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS

**MOSMAN, Judge.**

On May 31, 2005, Magistrate Judge Stewart issued Findings and Recommendation (doc. #6) in the above-captioned case RECOMMENDING that the application to proceed in forma pauperis be GRANTED, but the complaint should be dismissed for lack of jurisdiction. After a *de novo* review, the court ADOPTS the magistrate's findings and recommendation without modifications as the opinion of this court. See 28 U.S.C. § 636.

IT IS SO ORDERED.

DATED this 2⁵ day of July, 2005.

MICHAEL W. MOSMAN
United States District Judge